MEADOWS WYE & CO., INC., ET AL. *v.* UNITED STATES

**No. 6782.**—Invoices dated Birmingham, England, August 1945, etc.
Certified August 1945, etc.
Entered at New York, N. Y., September 17, 1945, etc.
Entry No. 710813, etc.

(Decided January 21, 1947)

*Jordan & Klingaman* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the values of said merchandise, and that such values are the appraised values less additions made by importers on entries because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.

G. A. BERNHEIMER & CO., INC., ET AL. *v.* UNITED STATES

**No. 6783.**—Invoices dated London, England, February 28, 1946, etc.
Certified February 28, 1946, etc.
Entered at New York, N. Y., April 1, 1946, etc.
Entry No. 748914, etc.

(Decided January 21, 1947)

*John D. Rode* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. (Customs) 183 C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the values of said merchandise, and that such values are the appraised values, less additions made by importers on entries because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.